**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>TRIPTELEVISION, LLC<br><br>    Debtor. | Case No. 15-22647 MER<br><br>Chapter 7 |
| DAVID V. WADSWORTH,<br>Chapter 7 Trustee<br><br>    Plaintiff.<br><br>v.<br><br>RICH MEDIA EXCHANGE, LLC,<br>STREAMSIDE PRODUCTIONS, LLC,<br>and KULIM STRIMBU,<br><br>    Defendants. | Adversary No. 17-01532 MER |

## ORDER TO SHOW CAUSE

On November 9, 2017, Plaintiff filed his Complaint, bringing claims against Defendants for avoidance and recovery of allegedly fraudulent transfers under Colo. Rev. Stat. § 38-8-105 and 11 U.S.C. § 544, 548 and 550 and for civil conspiracy. The Defendants filed their Answer on December 22, 2017. The Answer fails contain a statement as to whether the Defendants to the entry of final orders or judgment by the bankruptcy court.

This Court's General Procedure Order 2016-01 requires in part:

[IT IS] ORDERED that, in all adversary proceedings in this Court, and in addition to the general rules of pleadings under Fed. R. Bankr. P. 7008 and Fed. R. Civ. P. 8, the complaint, counterclaim, cross-claim, or third-party complaint shall contain a statement that the pleader does or does not consent to entry of final orders or judgment by the bankruptcy court;

IT IS FURTHER ORDERED that all responsive pleadings under Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12 (as applicable), shall

include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court.[1]

Accordingly,

IT IS HEREBY ORDERED Defendants are directed to state in writing and within fourteen (14) days whether they consent to the entry of orders and final judgment by this Court, and, if applicable, whether this Court has Constitutional authority to enter final judgment on the claims in the Complaint or whether the Court shall be limited to submission of proposed findings of fact and conclusions of law to the District Court.

Dated December 22, 2017    BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] GPO 2016-01, entered July 15, 2016. *See also Stern v. Marshall*, 131 S.Ct. 2594 (2011) and *Wellness Int'l Network, Ltd. v. Sharif*, 135 S.Ct. 1932 (2015).