# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 15-22647-MER |
| TRIPTELEVISION, LLC ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |
| | |
| DAVID V. WADSWORTH ) | |
| Chapter 7 Trustee, ) | Adversary Proceeding No. 17-01532-MER |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| RICH MEDIA EXCHANGE, LLC ) | |
| STREAMSIDE PRODUCTIONS, LLC ) | |
| KULIN STRIMBU ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants, Rich Media Exchange, LLC, Streamside Productions, LLC and Kulin Strimbu, by and through counsel, respectfully submit this Response to the Court's Order to Show Cause, issued December 22, 2017. With respect to the Order, Defendants affirm that they consent to entry of orders and final judgment by this Court, pursuant to GPO 2016-01.

DATED: January 8, 2018.

*s/ Troy R. Rackham*
Troy R. Rackham, CO Registration No. 32033
FENNEMORE CRAIG, P.C.
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203

1

trackham@fclaw.com
*Attorney for Defendants Rich Media Exchange, LLC, Streamside Productions, LLC and Kulin Strimbu*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I filed and served the foregoing Defendants' Response to Order to Show Cause with the Clerk of the United States Bankruptcy Court, District of Colorado, via the court's CM/ECF electronic filing system, which will send notification via email to the following:

Lars_johnson@me.com

Lars Johnson, Esq.
The Johnson Law Firm
PO Box 10
Eagle, CO 81631
*Attorney for Chapter 7 Trustee, David V. Wadsworth*

george@5280bankrupty.com

George T. Dimitrov, Esq.
Colorado Law Group
1777 S. Bellaire St., Suite 419
Denver, CO 80222

s/ *Sally Thurston*
Sally Thurston

2