# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
|     TRIPTELEVISION, LLC | ) | Case No. 15-22647-MER |
| | ) | Chapter 7 |
|                   Debtor(s) | ) | |
| _____ | | |
|     DAVID V. WADSWORTH | ) | Adversary Proceeding No. |
|     Chapter 7 Trustee, | ) | 17-01532-MER |
| | ) | |
|                   Plaintiff | ) | |
| | ) | |
| v. | ) | |
|     RICH MEDIA EXCHANGE, LLC | ) | |
|     STREAMSIDE PRODUCTIONS, LLC | ) | |
|     KULIN STRIMBU | ) | |
| | ) | |
|                   Defendants | ) | |
| | ) | |

### JOINT FED.R.CIV.P. 26(f) DISCOVERY PLAN

COME NOW the parties, by and through their undersigned counsel, and submit this Fed.R.Civ.P. 26(f) discovery plan as follows:

### CERTIFICATE OF COMPLIANCE WITH FED.R.CIV.P. 26(f)(2)

Counsel have conferred regarding the basis of the parties' claims and defenses and discussed the possibility of promptly resolving the case. While no resolution of those issues has been reached, the parties will continue discussions regarding resolution.

### DISCLOSURES

The parties provided their initial disclosures in compliance with Fed.R.Civ.P. 26(a)(1) prior to filing the within Discovery Plan.

### DISCOVERY PLAN

(i).    Amended pleadings shall be filed, and/or additional parties shall be joined, without leave of Court, by **March 1, 2018**.

  (ii). Parties will provide expert disclosures under Fed.R.Civ.P. 26(a)(2), by **April 2, 2018**, and rebuttal expert disclosures under Fed.R.Civ.P. 26(a)(2)(B) by **May 1, 2018**. Expert discovery shall be completed by **May 30, 2018**.

  (iii). All discovery shall be completed by **August 1, 2018**.

  (iv). Dispositive motions shall be filed by **September 4, 2018**; responses shall be filed within fourteen (14) days after mailing of the dispositive motions.

  (v). All parties consent to the jurisdiction of this Court to enter final judgments with respect to all claims asserted in this matter.

## OTHER MATTERS

  A. The Parties do not anticipate that there will be any issues regarding electronically stored information.

  B. The Parties do not anticipate that claims of privilege will be asserted.

  C. The Parties agree that discovery shall initially be limited to that which is allowed under L.B.R. 7026-2 and that the parties must first consult with each other prior to moving the Court for any additional discovery.

Dated: January 31, 2018.

             THE JOHNSON LAW FIRM

             /s/Lars Johnson
             *Original Signature on File*
             Lars Johnson, #34344
             PO Box 10
             Eagle, CO 81631
             Phone: 970-688-0436
             Lars_johnson@me.com
             ATTORNEYS FOR THE TRUSTEE


             FENNEMORE CRAIG, P.C.

             /s/Troy R. Rackham
             Troy R. Rackham, No. 32033
             1700 Lincoln Street, Suite 2400
             Denver, Colorado 80203
             trackham@fclaw.com
             ATTORNEYS FOR DEFENDANTS