# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>TRIPTELEVISION, LLC<br><br>       Debtor. | Case No. 15-22647 MER<br><br>Chapter 7 |
| DAVID V. WADSWORTH, CHAPTER 7 TRUSTEE<br><br>       Plaintiff,<br><br>v.<br><br>RICH MEDIA EXCHANGE, LLC;<br>STREAMSIDE PRODUCTIONS, LLC;<br>KULIN STRIMBU<br><br>       Defendants. | Adversary No. 17-1532 MER |

## ORDER REGARDING DISCOVERY SCHEDULE PURSUANT TO FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b))

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. **Amended Pleadings**. Motions to amend or supplement pleadings or to join additional parties must be filed by **March 1, 2018.** This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. **Expert Witnesses**. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **April 2, 2018**. If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **May 1, 2018**.

3. **Duty to Supplement-Sanctions**. All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4. **Discovery**. Factual Discovery must be completed by **August 1, 2018**. Expert Discovery must be completed by **May 30, 2018**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

5. **Discovery Disputes**. All discovery disputes in this matter are subject to L.B.R. 7026-1(d).

6. **Dispositive Motions**. Dispositive motions shall be filed by **September 4, 2018**. All dispositive motions are subject to L.B.R. 7007-1 and 7056-1.

IT IS FURTHER ORDERED that a trial scheduling conference will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions, or upon request of the parties.

**FAILURE TO COMPLY WITH THE PROCEDURES AS SET FORTH IN THE LOCAL BANKRUPTCY RULES AND THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF REQUESTED AND/OR SANCTIONS UPON THE PARTY AND COUNSEL FAILING TO COMPLY.**

Dated: February 2, 2018          BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court